UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

    Petitioner,

v.

PACIFIC COUNTY,

    Respondent.

CASE NO. 16-cv-05791 RJB

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation (Dkt. 5).

(2)    The proposed habeas corpus petition and declaration (Dkts. 1, 2) are referred to Chief Judge Martinez for review.

**DATED** this 1st day of November, 2016.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER - 1